NAME
Mark Steven Villegas
PRISON NUMBER
V50853
Donovan State Prison

CURRENT ADDRESS OR PLACE OF CONFINEMENT

PO Box 799003 San Diego, CA 92179
CITY, STATE, ZIP CODE

2254 ✓   1983
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes ✓ No___
COPIES SENT TO
Court ✓ ProSe___

FILED
2007 OCT 19 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MARK STEVEN VILLEGAS
(FULL NAME OF PETITIONER)

PETITIONER

v.

JAMES E. TILTON, Secretary of CDCR
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

EDMOND G. BROWN, JR.
The Attorney General of the State of California, Additional Respondent.

Civil No. '07CV 2035 BTM BLM
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   San Diego Superior Court, San Diego, CA

2. Date of judgment of conviction: 09/10/04

3. Trial court case number of the judgment of conviction being challenged:
   SCD 177795

4. Length of sentence: 95 years to life plus 25 years

CIV 68 (Rev. Dec. 1998)                                    ::ODMA\PCDOCS\WORDPERFECT\22833\1

5. Sentence start date and projected release date:

   Sept. 10, 2004.  Release date N/A

6. Offense(s) for which you were convicted or pleaded guilty (all counts):

   3 counts rape (PC 261(a)(2))
   5 counts forcible oral cop (PC 288a(c)(2)
   1 count robbery (PC 211)

7. What was your plea? (CHECK ONE)
   - (a) Not guilty  [x]
   - (b) Guilty  [ ]
   - (c) Nolo contendere  [ ]

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury  [x]
   - (b) Judge only  [ ]

9. Did you testify at the trial?
   [ ] Yes  [x] No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    [x] Yes  [ ] No

11. If you appealed in the **California Court of Appeal**, answer the following:
    - (a) Result: Affirmed
    - (b) Date of result, case number and citation, if known:

      5/16/2006 D045107 unpublished

    - (c) Grounds raised on direct appeal:

      1) Denial of motion to sever counts
      2) Erroneous Judicial Response to Jury Question
      3) Instructional Error on use of force and failure to instruct on duress menace or fear
      4) Error in refusing to release juror information
      5) Cumulative Erro

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    - (a) Result: Petition for Review denied
    - (b) Date of result, case number and citation, if known:

      8/2/2006; S144642

    - (c) Grounds raised:

      1) Court erred by instructing the jury it could consider evidence of all charges to determine guilt on individual charges.
      2) Error in court's refusal to instruct jury on definition of force.

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result:

    (b) Date of result, case number and citation, if known:

    (c) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes ☑ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: _____
    (b) Nature of proceeding: ___ N/A ___

    (c) Grounds raised:

    ___ N/A ___

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☑ No
    (e) Result: _____
    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes ☑ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number:_____
    (b) Nature of proceeding: _____
    (c) Grounds raised: N/A
    
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: _____
    (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number:_____
    (b) Nature of proceeding: N/A
    (c) Grounds raised:
    
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: _____
    (f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    [x] Yes  [ ] No   (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed?
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes  ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes  ☐ No

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present **all** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

    (a) **GROUND ONE**:

    Trial court's answer to a jury question allowing jury to consider evidence of all counts as proof of the individual counts deprived me of right to proof of guilt on each charge beyond a reasonable doubt in violation of 5th, 6th, and 14th Amendments

    **Supporting FACTS** (state *briefly* without citing cases or law)

    During deliberations, the jury submitted two questions: "QUESTION: Can we use evidence from other cases to judge any given case or count?" and "Can we use cumulative evidence of separate counts to determine each count? E.g. the box example" Over defense objection, the judge read the jury the following instruction: "Each count must be proved separately and beyond a reasonable doubt. In determining whether a particular count has been proved beyond a reasonable doubt, you may consider the entire body of evidence presented at trial, the facts as you determine them to be, and any reasonable inferences that you draw from them." The jury returned with verdicts shortly after the new instruction was given.

    **Did you raise GROUND ONE in the California Supreme Court?**
    [X] Yes [ ] No.

**(b) GROUND TWO:**

Court's refusal to instruction the jury that the term "force" requires physical force substantially greater than necessary to accomplish sexual intercourse deprived me of 6th and 14th Amendment rights to have jury adequately instructed on guilt BRD

**Supporting FACTS** (state *briefly* without citing cases or law):

Counsel submitted a proposed instruction that read, "The term 'force' means physical force that is substantially different from or substantially greater than that necessary to accomplish the sexual intercourse itself." Trial Court refused to give instruction.

**Did you raise GROUND TWO in the California Supreme Court?**
[x] Yes [ ] No.

(c) **GROUND THREE**:

**Supporting FACTS** (state *briefly* without citing cases or law):

Did you raise <u>GROUND THREE</u> in the California Supreme Court?
☐ Yes ☑ No.

(d) GROUND FOUR:

**Supporting FACTS** (state *briefly* without citing cases or law):

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____
    _____

    (e) Grounds raised:
    _____
    _____
    _____
    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing:

    (b) At arraignment and plea:

    (c) At trial: Stephen R. Brodsky, 1010 Second Ave, ste 2300, San Diego, CA 92101

    (d) At sentencing: Brian White 2404 Broadway 2nd Floor San Diego, CA 92102
        same

    (e) On appeal: Nancy J. King, 1400 Sixth Ave., ste 210C, San Diego, CA 92101

    (f) In any post-conviction proceeding:

    (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☐ Yes  ☒ No
    (a) If so, give name and location of court that imposed sentence to be served in the future: _____
    (b) Give date and length of the future sentence: _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:
    Oct 15, 2007

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Oct 15, 2007           [signature]
(DATE)                 SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Mark Steven Villegas

2254  1983

FILING FEE PAID
Yes    No

IFP MOTION FILED
Yes    No

COPIES SENT TO
Court   ProSe

**DEFENDANTS**

James E. Tilton, et al

FILED
2007 OCT 19 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Mark Steven Villegas
PO Box 799003
San Diego, CA 92179
V-50853

**ATTORNEYS (IF KNOWN)**

'07CV 2035 BTM   BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE  October 19, 2007

SIGNATURE OF ATTORNEY OF RECORD
[signature]