Mark Steven Villegas
PLAINTIFF/PETITIONER/MOVANT'S NAME
V50853
PRISON NUMBER

RJ Donovan State Prison
PLACE OF CONFINEMENT
RJ Donovan State Prison

ADDRESS

```
2254 ____  1983 ____
FILING FEE PAID
Yes ____   No ✓
IFP MOTION FILED
Yes ✓   No ____
COPIES SENT TO
Court ✓  ProSe ____
```

FILED
2007 OCT 19  PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

# United States District Court
## Southern District Of California

Mark Steven Villegas ,
   Plaintiff/Petitioner/Movant

   v.

Edmond G. Brown, Jr. ,
   Defendant/Respondent

Civil No. **'07CV 2035 BTM   BLM**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Mark Steven Villegas declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ✓Yes ☐No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration  R.J. Donovan state prison
    Are you employed at the institution?         ☐ Yes ✓No
    Do you receive any payment from the institution?  ☐ Yes ✓No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____ N/A _____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:                  Year:              Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

    $ 9,215.00   Restitution

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

    N/A

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_Mark A. Villegas_
SIGNATURE OF APPLICANT

DATE

Sept 17, 2007

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Mark Villegas__,
(NAME OF INMATE)

__V50853__,
(INMATE'S CDC NUMBER)

has the sum of $ __32.94__ on account to his/her credit at __R.J. Donovan Correctional Facility__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __None__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __25.00__,

and the *average monthly deposits* to the applicant's account was $ __22.50__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__Oct 15, 2007__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Ray Marrero__
OFFICER'S FULL NAME (PRINTED)

__Fac. Captain__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Mark Villegas / V50853__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☑ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_Oct 15, 2007_
DATE

_[signature]_
SIGNATURE OF PRISONER

```
REPORT ID: TS3030                                          REPORT DATE: 07/03/07
                                                           PAGE NO:       1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            R.J.DONOVAN CORR. FACILITY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAY  01, 2007 THRU JUL. 03, 2007

ACCOUNT NUMBER : V50853                    BED/CELL NUMBER: F31400000000135U
ACCOUNT NAME   : VILLEGAS, MARK STEVEN         ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------   -------   ---------   --------   -----------   -------

05/01/2007    BEGINNING BALANCE                                                9.54

05/02*DD30 CASH DEPOSIT   4565/POBOX               22.50                      32.04
05/15 FC03 DRAW-FAC 3     4792/F32ND                             32.00         0.04
06/05*DD30 CASH DEPOSIT   5206/POBOX               27.00                      27.04
06/12 FR01 CANTEEN RETUR  605335                                 32.00-       59.04
06/12 FC03 DRAW-FAC 3     5342/F32ND                             50.00         9.04


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/10/04                      CASE NUMBER: SCD177795
COUNTY CODE: SD                               FINE AMOUNT: $  10,000.00

   DATE        TRANS.    DESCRIPTION              TRANS. AMT.      BALANCE
--------       ------    -----------              -----------      -------

05/01/2007     BEGINNING BALANCE                                   9,325.00

05/02/07       DR30      REST DED-CASH DEPOSIT      25.00-         9,300.00
06/05/07       DR30      REST DED-CASH DEPOSIT      30.00-         9,270.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL          TOTAL        CURRENT       HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
   ---------    ---------    -----------    ---------    ---------    -------------

        9.54        49.50          50.00         9.04         0.00             0.00


                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                   9.04
```

```
REPORT ID: TS3030 .701                              REPORT DATE: 09/04/07
                                                    PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: AUG. 01, 2007 THRU SEP. 04, 2007

ACCOUNT NUMBER : V50853             BED/CELL NUMBER: F31400000000135U
ACCOUNT NAME   : VILLEGAS, MARK STEVEN    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  ------------- --------- ---------  --------  -----------  -------

08/01/2007   BEGINNING BALANCE                                           4.19

08/08*DD30 CASH DEPOSIT  0669/POBOX            27.00                    31.19
08/14 FC03 DRAW-FAC 3    0760/F32ND                        25.00         6.19



                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/10/04                   CASE NUMBER: SCD177795
COUNTY CODE: SD                            FINE AMOUNT: $ 10,000.00


   DATE      TRANS.   DESCRIPTION             TRANS. AMT.    BALANCE
  --------   ------   -----------------------  -----------  ----------

08/01/2007   BEGINNING BALANCE                                9,245.00

08/08/07     DR30     REST DED-CASH DEPOSIT      30.00-       9,215.00

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
---------    --------    -----------  --------   -------    ------------
   4.19        27.00        25.00        6.19      0.00          0.00


                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                            6.19
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/01/07
                                                          PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT


                FOR THE PERIOD: SEP. 01, 2007 THRU OCT. 01, 2007

ACCOUNT NUMBER : V50853                  BED/CELL NUMBER: F31400000000135U
ACCOUNT NAME   : VILLEGAS, MARK STEVEN      ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ---- -----------  --------  ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                           6.19

09/06*DD30 CASH DEPOSIT 1206/POBOX             20.25                     26.44
09/13 FC03 DRAW-FAC 3   1357/F32ND                          26.00         0.44
09/14*DD30 CASH DEPOSIT 1375/POBOX             22.50                     22.94



                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/10/04                 CASE NUMBER: SCD177795
COUNTY CODE: SD                          FINE AMOUNT: $ 10,000.00

  DATE        TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  --------    ------   -----------------------  -----------    -------

09/01/2007    BEGINNING BALANCE                                9,215.00

09/06/07      DR30    REST DED-CASH DEPOSIT        22.50-      9,192.50
09/14/07      DR30    REST DED-CASH DEPOSIT        25.00-      9,167.50

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
 ---------   ---------   -----------   --------   ---------    ------------

     6.19       42.75        26.00       22.94       0.00          0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                               22.94
```