# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mark Steven Villegas

V.

James E. Tilton

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2035-BTM(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this case is dismissed without prejudice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| April 28, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/V.Trujillo |
| | (By) Deputy Clerk |
| | ENTERED ON April 28, 2008 |